1   John P. Coleman
    State Bar No. 60844
2   **BOLLING, WALTER & GAWTHROP**
    A Professional Corporation
3   8880 Cal Center Drive, Suite 400
    Sacramento, California 95826
4   Telephone No. (916) 369-0777
    Telecopier No. (916) 369-2698
5
    Attorneys for Defendant
6   SUNBEAM PRODUCTS, INC.

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  STATE FARM GENERAL INSURANCE          Case No.  S-04-2498 FCD/DAD
    COMPANY,
12
                    Plaintiff,            **ORDER MODIFYING STATUS**
13                                        **(PRETRIAL SCHEDULING)**
    v.                                    **ORDER**
14
    SUNBEAM PRODUCTS, INC., and DOES 1
15  to 25, inclusive,

16                  Defendants.
    _____/
17

18          After reviewing the parties' application and stipulation for modification of pretrial scheduling

19  order, and for good cause shown therein, the court makes the following order:

20          The Court's Status (Pretrial Scheduling) Order dated March 17, 2005, it is hereby modified

21  to allow the parties to designate each expert they propose to tender at trial not later than August 17,

22  2005, said designation to be accompanied by a written report prepared and signed by the witness

23  pursuant to Fed. R. Civ. P. § 26(a)(2)(B), with rebuttal expert witnesses to be disclosed by no later

24  than September 2, 2005.

25          **IT IS SO ORDERED**

26  Dated: July 12, 2005              /s/ Frank C. Damrell Jr.
                                      FRANK C. DAMRELL, JR.
27                                    United States District Judge

28