1  DARREL K. YASUTAKE (Bar #142927)
   HUBERT & YASUTAKE
2  A Professional Corporation
   1390 Willow Pass Road, Suite 360
3  Concord, California 94520
   Telephone: (925)680-4266
4  Facsimile: (925)680-4259

5

   Attorneys for Plaintiff
6  STATE FARM GENERAL INSURANCE COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

   STATE FARM GENERAL INSURANCE             Case No. CIV.S-04-2498 FCD DAD
11 COMPANY,

12      Plaintiff,                          **STIPULATION AND ORDER TO
                                            CONTINUE TRIAL DATE AND SET
13 vs.                                      DATE FOR SETTLEMENT
                                            CONFERENCE**
14 SUNBEAM PRODUCTS, INC.,
        Defendant.                          **"AS MODIFIED"**
15
                                        /
16                                          Trial: March 28, 2006
                                            Time: 9:00 a.m.
17                                          Judge: Frank C. Damrell, Jr.

18

19      COMES NOW, the parties, Plaintiff State Farm General Insurance and Defendant

20 Sunbeam Products, Inc., by and through their respective counsel of record, hereby stipulate and

21 agree that good cause exists for the continuance of the trial date herein and to schedule a

22 settlement conference date prior to the new trial date.

23      On February 24, 2006, counsel for Plaintiff, Darrel K. Yasutake sent an email message to

24 Maureen A. Price, Courtroom Deputy Clerk to the Honorable Frank C. Damrell, Jr., with a copy

25 to counsel for Defendant, David J. O'Connell, advising her that the parties had conferred and

26 agreed to seek the scheduling of a settlement conference prior to the current trial date of

27 March 28, 2006.

28      On March 2, 2006, Ms. Price advised counsel that due to the Court's trial schedule, the
   trial in this action could not proceed as scheduled on March 28, 2006.  Ms. Price requested that

the parties provide the Court with this Stipulation and Proposed Order to reset the trial date and schedule a settlement conference date, along with dates the parties would be available for the trial and settlement conference.

Counsel for Plaintiff and Defendant have conferred on dates they are available for both the trial and settlement conference.  These dates are as follows:

    Available Trial Dates:    Week of May 8, 2006.
                                        Week of May 15, 2006.
                                        Week of June 5, 2006.

    Settlement Conference Dates:    March 15 (afternoon only), 16, 21 (afternoon only), or 23; April 10, 11, 12 or 13.

The parties hereto request that the Court reset the trial date in this action and schedule a settlement conference date in accordance with the dates provided herein.

DATED:  March 6, 2006                HUBERT & YASUTAKE
                                                      A Professional Corporation

                                                        By:   /s/ Darrel K. Yasutake
                                                             Darrel K. Yasutake
                                                              Attorneys for Plaintiff STATE FARM GENERAL INSURANCE COMPANY

DATED:  March 6, 2006                WIEDER & McAULIFFE, LTD.

                                                        By:   /s/ David J. O'Connell
                                                             David J. O'Connell
                                                            Attorneys for Defendant
                                                            SUNBEAM PRODUCT, INC.

///
///
///
///
///
///
///
///
///

/// 2

The stipulation as entered above is accepted except for paragraph 3 and is modified as follows:

On March 2, 2006, Ms. Price advised counsel that a settlement conference could not be set before the District Judge but could be set before the Magistrate Judge. Ms. Price also notified counsel that due to the Court's trial schedule, the trial in this action could not proceed as scheduled on March 28, 2006. Ms. Price requested that the parties provide the Court with a Stipulation and Proposed Order requesting a settlement conference and submitting proposed dates of counsel's availability for the settlement conference and a new trial date.

**IT IS SO ORDERED**:

1. The trial date in this action is reset to October 24, 2006 at 9:00 a.m.

2. A settlement conference is set for Thursday, March 23, 2006 at 10:00 a.m. in Courtroom 27 before the Magistrate Judge Dale A. Drozd. Pursuant to Local Rule16-270 the parties shall submit, to the chambers of Magistrate Drozd, confidential settlement conference statements on or before March 16, 2006.

3. All dates related to the submission and exchange of trial documents as directed in the Pretrial Order filed January 30, 2006 shall be in accordance with the new trial date.

DATED: March 8, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL, JR.
United States District Judge

**STIPULATION AND ORDER TO CONTINUE TRIAL DATE
AND SET DATE FOR SETTLEMENT CONFERENCE**