Darrel K. Yasutake (SB #142927)
HUBERT & YASUTAKE
A Professional Corporation
1390 Willow Pass Road, Suite 360
Concord, California 94520
Telephone: (925)680-4266
Facsimile: (925)680-4259

Attorneys for Plaintiff
STATE FARM GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>         Plaintiff,<br><br>vs.<br><br>SUNBEAM PRODUCTS, INC.,<br><br>         Defendant.<br>_____/ | Case No. CIV.S-04-2498 FCD DAD<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including all claims and counterclaims, be and hereby is dismissed with prejudice pursuant to FED. R. CIV. PROC. 41(a)(1) and agreement of the parties.

                              Respectfully Submitted,

Dated: May   2  , 2006        HUBERT & YASUTAKE


                              /s/
                              ─────────────────────────────
                              DARREL K. YASUTAKE (Bar No. 142927)
                              HUBERT & YASUTAKE
                              A Professional Corporation

1

```
                                1390 Willow Pass Road, Suite 360
                                Concord, California  94520
                                Telephone: (925) 680-4266
                                Facsimile: (925) 680-4259

                                Attorneys for Plaintiff
                                STATE FARM GENERAL INSURANCE CO.

Dated: May   2  , 2006          BOLLING, WALTER & GAWTHROP


                                 /s/
                                _____
                                JOHN P. COLEMAN(Bar No. 60844)

                                BOLLING, WALTER & GAWTHROP
                                A Professional Corporation
                                8880 Cal Center Drive, Suite 400
                                Sacramento, California  95826
                                Telephone: (916) 369-0777
                                Facsimile: (916) 369-2698

                                Attorneys for Defendant
                                SUNBEAM PRODUCTS, INC.
```

**IT IS SO ORDERED.**

Dated: May 3, 2006

　　　　　　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

2

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE